1  Mark B. Hutton
   Lead Counsel
2  KS Bar #10112
   HUTTON & HUTTON LAW FIRM, L.L.C.
3  8100 East 22nd Street North
   Building 1200
4  Wichita, KS 67226
   Telephone: 316-688-1166
5  Fax: 316-686-10773
   trial.lawyers@huttonlaw.com
6  Attorneys for Plaintiffs

7                    UNITED STATES DISTRICT COURT

8                    NORTHER DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10
                                              )
11 IN RE: BEXTRA AND CELEBREX                 )   Case No. 06-3659 CRB
   MARKETING SALES PRACTICES AND              )
12 PRODUCT LIABILITY LITIGATION               )   MDL NO. 1699
                                              )   District Judge: Charles R. Bryer
13                                            )
   The Estate of Virginia Grace Miller, et al.,)
14                                            )
                      Plaintiffs,             )
15                                            )   STIPULATION AND ORDER OF
   vs.                                        )   DISMISSAL WITH PREJUDICE
16                                            )
   Pfizer Inc., et al.                        )
17                                            )
                      Defendants.             )
18                                            )

19     Come now the Plaintiffs, Marilyn Streeval for Virginia Grace Miller, Gertrude F.

20 Adair, William S. Bell and Maria V. Bitting in the above-entitled action and Defendants, by

21 and through the undersigned attorneys, pursuant to Federal Rules of Civil Procedure, Rule

22 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the Plaintiffs

23 named herein only with each side bearing its own attorneys' fees and costs.

   //

                                              1
              **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: 2/25, 2010    By: /s/ M. B. Hutton

**HUTTON & HUTTON LAW FIRM, L.L.C.**
8100 East 22nd Street North
Building 1200
P.O. Box 638 (67201)
Wichita, KS 67226
Telephone: 316-688-1166
Fax: 316-686-1077
trial.lawyers@huttonlaw.com

*Attorneys for Plaintiffs*

DATED: March 16, 2010    By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-335-4500
Fax: 212-335-4501

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: April 5, 2010    By: /s/
Hon. Charles R. Breyer
United States District Court