Mark B. Hutton
Lead Counsel
KS Bar #10112
HUTTON & HUTTON LAW FIRM, L.L.C.
8100 East 22nd Street North
Building 1200
Wichita, KS 67226
Telephone: (316) 688-1166
Fax: (316) 686-1077
Trial.Lawyers@huttonlaw.com
Attorneys for Plaintiffs

FILED

JUL 2 7 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-3659 CRB<br><br>MDL NO. 1699<br>District Judge:  Charles R. Breyer |
| The Estate of Virginia Grace Miller, et al.,<br><br>                                    Plaintiffs<br><br>vs.<br><br>Pfizer Inc,<br><br>                          Defendant. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, Jimmy D. King  in the above-entitled action and Defendant, by and

through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

hereby stipulate to the dismissal of this action with prejudice as to the plaintiff named herein

//

//

//

//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1    only with each side bearing its own attorneys' fees and costs.

2

3

4    DATED: _____, 2010     By: _____
5
                                 HUTTON & HUTTON LAW FIRM, L.L.C.
6                                8100 East 22nd Street North
                                 Building 1200
7                                P.O. Box 638 (67201)
                                 Wichita, KS 67226
8                                Telephone: (316) 688-1166
                                 Facsimile: (316) 686-1077
9                                Trial.Lawyers@huttonlaw.com

10                               *Attorneys for Plaintiffs*

11
     DATED: July 8, 2010     By: _____
12

13                               DLA PIPER LLP (US)
14                               1251 Avenue of the Americas
                                 New York, New York 10020
                                 Telephone: 212-335-4500
15                               Facsimile: 212-335-4501

16                               *Defendants' Liaison Counsel*

17

18

19   PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.
20

21

22   Dated: July 26, 2010     _____

23                            Hon. Charles R. Breyer
                              United States District Court
24

25

26

27

28

                                      -2-

                  STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE